IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FERNANDO RUIZ,**

Plaintiff,

**V.**   No. 2:21-cv-00343-KWR-GJF

**FAMILY DOLLAR STORES OF NEW MEXICO, 1NC.
and KAITLIN SHAW,**

Defendants.

### ORDER GRANTING PLAINTIFF'S UNOPPOSED
### MOTION TO REMAND TO STATE COURT

**THIS MATTER** having come before the Court upon Plaintiff's Unopposed Motion to Remand (Doc. 12) **filed on July 9, 2021** and the Court having found that it lacks subject matter jurisdiction under 28 U.S.C § 1332,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Unopposed Motion to Remand (Doc. 12) is **WELL-TAKEN** and should be **GRANTED.**

**IT IS FURTHER ORDERED** that this case will be **REMANDED** to the Third Judicial District Court, Dona Ana County, State of New Mexico.

**IT IS FURTHER ORDERED** that the Clerk of the Court for District Court of New Mexico shall take any and all necessary steps to ensure this case is properly transferred to the Third Judicial District Court, Dona Ana County, State of New Mexico.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**